**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. NGUYEN,<br><br>　　　　Defendant. | No. 2:19-CV-1538-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) defendant's motion to modify the discovery and scheduling order (ECF No. 17); and (2) plaintiff's motion to extend the discovery deadline (ECF No. 18). Good cause appearing therefor, both parties' requests to modify the scheduling order are granted. Parties shall have until November 21, 2020 to conduct discovery, and February 19, 2021 to file dispositive motions.

　　　　IT IS SO ORDERED.

Dated:  August 31, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1