IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ROBLES,** | Case No. 2:19-cv-01538 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **E. NGUYEN,** | |
| Defendant. | |

    The Court has read and reviewed the Defendant's request. Good cause appearing, the Court shall grant the request. Defendant is granted leave to conduct a remote deposition.

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE