IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERTO ROBLES,** | 2:19-cv-01538 DMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY SCHEDULING ORDER** |
| v. | |
| **E. NGUYEN,** | |
| Defendant. | |

This matter having come before the Court on Defendant's motion to modify the scheduling order, and good cause appearing, the motion, ECF No. 23, is GRANTED.

The deadline for filing dispositive motions is extended until April 21, 2021.

**IT IS SO ORDERED.**

Dated: February 25, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1